Certificate Number: 15317-CT-DE-038440436

Bankruptcy Case Number: 24-20361



15317-CT-DE-038440436

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 2, 2024, at 8:38 o'clock PM PDT, Hattie L Leggett completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Connecticut.

Date: May 2, 2024

By: /s/Madelyn Kotb

Name: Madelyn Kotb

Title: Counselor